UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| GURJEET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5:26-cv-180-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN CHRISTIAN | ) | **ORDER REMANDING HEARING** |
| COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the parties' Joint Motion to Forgo and Remand Hearing, [R. 10]. The parties advise the Court that they are "not aware of any relevant factual disputes, and accordingly, respectfully request to forgo and remand the hearing scheduled for July 8, 2026." *Id.* at 1. Accordingly, and the Court being otherwise sufficiently advised**, IT IS HEREBY ORDERED** as follows:

1.  The parties' Joint Motion to Forgo and Remand Hearing, [**R. 10**], is **GRANTED**.

2.  The hearing that was scheduled for July 8, 2026, is **REMANDED** from the Court's docket.

3.  No reply has been filed and the time to do so has passed. *See* [R. 6]. Thus, this matter stands submitted to the Court.

This the 7th day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record