UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| GURJEET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 5:26-CV-180-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER TERMINATING CASE** |
| WARDEN CHRISTIAN COUNTY JAIL, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Presently before the Court is Respondents' Notice of Release from Custody, [R. 17], certifying that "Petitioner was released from custody on July 21, 2026," as required by this Court's Order, [R. 16]. [R. 17, p. 1]. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** and **STRICKEN** from the Court's active docket.

This the 22nd day of July, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record